IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| PHYLLIS HILL, | ) | |
| | ) | C/A No.:  7:08-2840-HFF |
| Plaintiff, | ) | |
| | ) | **MOTION AND CONSENT ORDER** |
| v. | ) | **GRANTING EXTENSION OF TIME** |
| | ) | **TO RESPOND TO COMPLAINT** |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Motion of Defendant pursuant to Local Civil Rule 6.01, by and with Plaintiff's consent, for an Order extending the deadline by which Defendant must answer, move or otherwise respond to Plaintiff's Complaint, up to and including September 17, 2008.

The current deadline by which Defendant must respond to the Complaint is August 20, 2008, and it has not been previously extended. Defendant has requested an additional twenty-eight (28) days to respond because the parties are attempting to resolve the case and need this time to explore the possibility of settlement. It is not anticipated that this extension would affect other deadlines.

**NOW, THEREFORE**, for good cause shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the deadline by which Defendant must answer, move or otherwise respond to Plaintiff's Complaint shall be up to and including September 17, 2008.

**AND IT IS SO ORDERED.**

s/Henry F. Floyd
The Honorable Henry F. Floyd
United States District Judge

August _18__, 2008

**WE SO MOVE:**

/s/ Seann Gray Tzouvelekas
Seann Gray Tzouvelekas
Fed. I.D. No. 7277
SMITH MOORE LEATHERWOOD LLP
300 East McBee Ave., Suite 500
PO Box 87
Greenville, SC 29602
(864) 240-2490; (864) 240-2479
seann.tzouvelekas@smithmoorelaw.com

Attorneys for Defendant


**WE SO CONSENT:**

/s/ Robert E. Hoskins
Robert E. Hoskins
Fed. I.D. No. 5144
FOSTER LAW FIRM, L.L.P.
601 East McBee Ave.
PO Box 2123
Greenville, SC  29602
(864) 242-6200; (864) 233-0290
rhoskins@fosterfoster.com

Attorneys for Plaintiff